**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
WILBUR IRICK,

                     Petitioner,                            23 **CIVIL** 9123 (JLR)(JLC)

        -against-                                    **JUDGMENT**

MICHAEL CAPRA,

                     Respondent.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated December 9, 2024, the Court has adopted the R&R

in its entirety, and the petition is denied; accordingly, the case is closed.

**Dated:**  New York, New York
          December 10, 2024

                                  **TAMMI M. HELLWIG**

                                  _____
                                    **Clerk of Court**

              **BY:**        *K. Mango*

                                    _____
                                    **Deputy Clerk**